UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,
v.                               Case No.   2:03-cv-307-FtM-33SPC

TRACT J45-04, 2.50 ACRES OF LAND,
MORE OR LESS, IN COLLIER COUNTY,
FLORIDA, MARY CAREY, et al.,

              Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to the Applications for Withdrawal of Estimated Just Compensation by Applicants Ruth E. Semancik (Doc. # 35) and Anna Maresz (Doc. # 36), both filed on October 29, 2008.  On October 30, 2008, the Government filed its Combined Motion and Memorandum to Determine Entitlement to Just Compensation. (Doc. # 37).

This action was initiated by the Government for the taking, under the power of eminent domain, of property designated by the National Park Service as Big Cypress National Preserve, Tract J45-04.  (Doc. # 1).  Tract J45-04 is located on approximately 2.50 acres of land in Collier County, Florida.  (Doc. # 1).  Title to Tract J45-04 vested in the United States of America when the Government filed its Declaration of Taking and deposited $1,875.00 into this Court's registry on June 24, 2003. (Doc. ## 2, 4).  The

Declaration of Taking was filed in the Collier County Official Record Book (O.R.B.) 3328, page 2530, on June 30, 2003. (Doc. # 372, at Ex. 2).

The Government indicates: "The parties known to the Plaintiff who may have or have claimed an interest in the improvements designated as Tract J45-04 include: (1) Defendant Mary Carey; (2) Defendant Anna Maresz; (3) Defendant James Carey; (4) Defendant Joan Goncalves; and (5) Defendant Ruth E. Semancik (wife of deceased heir George Semancik)." (Doc. # 37 at 2).

The aforementioned Defendants were either served with a summons (Doc. # 12, 13, 14, 16, 17, 18) or given notice by publication. (Doc. # 20).  None of the Defendants filed an answer with an objection or defense to the taking.  The Collier County Tax Collector filed an application for funds ($13.58), which was granted. (Doc. ## 9, 11).  At this time, the amount of $1,861.42 remains on deposit in the Court's registry.

On June 30, 2005, this Court held a bench trial and determined that the value of Tract J45-04 was $750.00 per acre, for a total of $1,875. (Doc. # 32).  Ruth Semancik and Anna Maresz entered their appearances by submitting applications for withdrawal of just compensation. (Doc. ## 35,

36).  No other Defendant or applicant (with the exception of the tax collector) has entered an appearance.

Accordingly and upon review of the applications and the public records regarding Tract J45-04, this Court entered an Order to Show Cause on December 3, 2008, directing Applicants Anna Maresz and Ruth Semancik, as well as the other the other Defendants (Mary Carey, James Carey, and Joan Goncalves) to show cause within ten days of December 3, 2008, why the sum on deposit in the Registry of the Court as just compensation for Tract J45-04 ($1,861.42) should not be disbursed as follows:

   30% ($558.42) to Mary Carey;

   20% ($372.28) to Anna Maresz;

   20% ($372.28) to James Carey;

   20% ($372.28) to Joan Goncalves; and

   10% ($186.14) to Ruth Semancik.

The time to respond to the Order to Show Cause has elapsed, and no responses were filed. Accordingly, this Court grants the Government's Combined Motion and Memorandum to Determine Entitlement to Just Compensation (Doc. # 37) and directs the Clerk to disburse the funds consistent with the foregoing discussion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Government's Combined Motion and Memorandum to Determine Entitlement to Just Compensation (Doc. # 37) is **GRANTED** consistent with the foregoing.

(2) The Clerk is directed to disburse funds on deposit in the Registry of the Court as follows as just compensation for TRACT J45-04:

30% ($558.42) to Mary Carey;

20% ($372.28) to Anna Maresz;

20% ($372.28) to James Carey;

20% ($372.28) to Joan Goncalves; and

10% ($186.14) to Ruth Semancik.

(3) The Clerk is further directed to disburse any remaining funds on deposit in the registry in this case to the Applicants according to their shares such that no sum will be left on deposit in the registry in this case.

**DONE** and **ORDERED** at Fort Myers, Florida, this <u>23rd</u> day of December, 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Parties and Counsel of Record